MED:tjh
AO 91 (Rev. 11/11) Criminal Complaint                                                                                              2021R00038

## UNITED STATES DISTRICT COURT
### for the
### District of Minnesota

| | |
|---|---|
| UNITED STATES OF AMERICA | **FILED UNDER SEAL PURSUANT TO 18 U.S.C. § 3509(d)(2) AND LOCAL RULE 39.1(c)(1)(G)** |
| v. | |
| MITCHELL JAMES OTTINGER | Case No. 21-MJ-340 (ECW) |

### CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

Count 1: Between on or about June 21, 2020 and on or about June 22, 2020, in the District of Minnesota and elsewhere, MITCHELL JAMES OTTINGER attempted to and did employ, use, persuade, induce, entice, and coerce ▮ who was then approximately 15 years old, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate and foreign commerce, transported in and affecting interstate and foreign commerce, and was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Sections 2251(a) and (e).

Count 2: On or about June 22, 2020, in the District of Minnesota and elsewhere, MITCHELL JAMES OTTINGER knowingly and with intent to extort a thing of value from ▮ specifically one or more sexually explicit images of ▮ did transmit in interstate and foreign commerce a communication containing a threat to injure the reputation of the ▮ in violation of Title 18, United States Code, Section 875(d).



Count 3: Between on or about July 21, 2020 through on or about July 22, 2020, in the District of Minnesota and elsewhere, MITCHELL JAMES OTTINGER attempted to and did employ, use, persuade, induce, entice, and coerce ▮ who was then approximately 15 years old, to engage in sexually-explicit conduct for the purpose of producing a visual depiction of such conduct knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate and foreign commerce, transported in and affecting interstate and foreign commerce, and was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Sections 2251(a) and (e).

Count 4: On or about January 16, 2021, in the District of Minnesota and elsewhere, MITCHELL JAMES OTTINGER, with intent to extort a thing of value from ▮ an identified adult, specifically one or more sexually explicit images of ▮ did transmit in interstate and foreign commerce a communication containing a threat to injure the reputation of ▮ in violation of Title 18, United States Code, Section 875(d).



I further state that I am a Federal Bureau of Investigation Special Agent and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT, INCORPORATED HERE.

Continued on the attached sheet and made a part hereof:   ☒Yes   ☐ No

*Complainant's signature*

SUBSCRIBED and SWORN before me
by reliable electronic means (Zoom and email)
pursuant to Fed. R. Crim. P. 41(d)(3).

Matthew Vogel, Special Agent
Federal Bureau of Investigation
*Printed name and title*

Date: May 3, 2021

*Judge's Signature*

City and State: St. Paul, MN

The Honorable Elizabeth Cowan Wright
United States Magistrate Judge
*Printed Name and Title*